UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONY WILLIAMS DANCE CENTER, LLC<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:20-cv-11312 |

**DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hartford Fire Insurance Company ("Hartford Fire"), by counsel, makes the following disclosure:

1. Hartford Fire is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc.

2. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of Hartford Fire's knowledge, no publicly held corporation currently owns 10% or more of its stock.

Date: November 24, 2020

Respectfully submitted,

*/s/ Gerald P. Dwyer Jr.*
Gerald P. Dwyer, Jr. BBO# 631475
Danielle Andrews Long BBO# 646981
ROBINSON & COLE LLP
BBO# 631475
280 Trumbull Street

    Hartford, CT 06103
    Phone: 860-275-8331
    gdwyer@rc.com
    dlong@rc.com

    Anthony J. Anscombe (*admitted pro hac vice*)
    STEPTOE & JOHNSON LLP
    One Market Plaza Spear Tower
    Suite 3900
    San Francisco, CA 94105
    Phone: (415) 365-6700
    aanscombe@steptoe.com

    Sarah D. Gordon (*admitted pro hac vice*)
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC 20036
    Phone: 202-429-8005
    sgordon@steptoe.com

    Cara A. Lawson (*admitted pro hac vice*)
    STEPTOE & JOHNSON LLP
    227 West Monroe Street
    Suite 4700
    Chicago, IL 60606
    Phone: 312-577-1256
    clawson@steptoe.com

    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on November 24, 2020.

*/s/ Gerald P. Dwyer, Jr.*
Gerald P. Dwyer, Jr.